JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY RUNDLE, | ) Case No. 2:18-cv-04759 MWF (ASx) |
| Plaintiff, | ) **ORDER GRANTING DISMISSAL** |
| | ) **WITH PREJUDICE PURSUANT TO** |
| vs. | ) **FEDERAL RULE OF CIVIL** |
| | ) **PROCEDURE 41(a)(1)(A)(ii)** |
| PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, | ) *Judge: Michael W. Fitzgerald,* |
| | ) *Dep't 5A (First Street)* |
| Defendant. | ) |
| | ) |
| | ) |

Having considered the Parties' Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT:

1.    All claims in the above-entitled action are dismissed in their entirety with prejudice; and

2.    Each party is to bear its/her own fees and costs.

**IT IS SO ORDERED.**

DATED: April 12, 2019

_____
HON. MICHAEL W. FITZGERALD

- 1 -